*QUIJANO & ENNIS, P.C.*
ATTORNEYS AT LAW
40 FULTON STREET
FLOOR 23
NEW YORK, NEW YORK 10038

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690
peter@qandelaw.com; nancyleeennis@gmail.com; annasideris@yahoo.com

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

January 4, 2018

**By ECF**

Honorable Alison J. Nathan
United States District Judge
for the Southern District of New York
United States Court House
40 Foley Square
New York, New York  10007

Re: **United States v. Fabian Morrison**, 15 Cr. 95 (AJN)

Dear Judge Nathan:

I am the attorney for the defendant Fabian Morrison in the above-referenced matter. Sentencing is currently scheduled, before your Honor, for January on Monday, January 8, 2018 at 11:00 A.M. The purpose of this letter is to provide an addendum to the Defendant's Sentencing Memorandum of December 5, 2017.

After discussions with the government, it is our understanding that certain facts as presented in Mr. Morrison's sentencing submission would be in dispute. To avoid the need for a *Fatico* hearing, Mr. Morrison withdraws the following assertions
:
- That Correction Officer Brian O'Connor (CO O'Connor) hit Mr. Morrison on the side of his face or shoulder. (p.17, 1st Paragraph;  and p.19, 2nd bullet point);

- that CO O'Connor hit Mr. Morrison on the neck with his fist. (p.17 2nd Paragraph, and p.19, 2nd bullet point); and,

- That "All three men have described CO O'Connor as being known for spending much time in the Bubble, ostentatiously looking at "White-Supremacist," confederate and gun websites on the computer." (p.19 Bottom, last paragraph)

Honorable Alison J. Nathan, U.S.D.J.
January 4, 2018

    Your Honor's attention to and consideration of this submission are, as always, greatly appreciated.

                        Respectfully submitted

                        *Peter E. Quijano*

                        Peter Enrique Quijano

cc:    A.U.S.A. Rachel Maimin (by email)
       A.U.S.A. Jessica Feinstein (by email)
       A.U.S.A. Nathan Rehn (by email)