USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Fabian Morrison,

          Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant Fabian Morrison's letter, dated June 28, 2020. Dkt. No. 2920. In his letter, the Defendant notified this Court that the Bureau of Prisons (BOP) had originally treated the Defendant's sentence as consisting of 9 years, 2 months, and 25 days, notwithstanding that this Court imposed a sentence of 84 months on two counts to run concurrently. *See* Dkt. No. 2042. The Defendant's letter clarifies that the BOP has since adjusted its calculation of the sentence to 84 months. The Defendant further notifies the Court that BOP subsequently adjusted the date for which he will be eligible for home confinement or halfway house placement from January 2021 to 2023.

    Within two weeks of this Order, the Government shall respond to Defendant's letter. The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

    SO ORDERED.

Dated: July __28__, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge