USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Fabian Morrison,

                Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      By letter dated June 28, 2020, Defendant Fabian Morrison notified the Court that the Bureau of Prisons (BOP) had erroneously computed his sentence. Dkt. No. 2920. This Court ordered the Government to respond to Defendant's letter. Dkt. No. 2935. The Government has now done so, acknowledging that there had been a computation error but notifying the Court that that error has since been corrected. Dkt. No. 2958. In light of the representations made in the Government's response, and for the reasons articulated therein, Mr. Morrison's request that the Court take further action is denied. The Clerk of Court is respectfully directed to mail a copy of the Government's response, Dkt. No. 2958, and of this Order to Defendant.

      SO ORDERED.

Dated: August __13__, 2020
       New York, New York

                                                  ALISON J. NATHAN
                                             United States District Judge