***QUIJANO ENNIS & SIDERIS***
ATTORNEYS AT LAW
40 FULTON STREET
FLOOR 23
NEW YORK, NEW YORK  10038
TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

peter@qandelaw.com; nancyleeennis@gmail.com; annasideris@yahoo.com

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

October 13, 2020

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:**    *United States v. Fabian Morrison*, **15 CR 95 (AJN)**

Hon. Alison J. Nathan:

    I was appointed to represent Fabian Morrison in connection with his compassionate release motion in the above-captioned case. Pursuant to the Court's order of October 6, 2020, I propose that the motion be filed on November 10, 2020. The government consents to this request. Thank you for your consideration of this matter.

    Respectfully submitted,

    /s/ _____
    Peter Quijano
    Quijano, Ennis & Sideris P.C.
    40 Fulton Street, 23rd Floor
    New York, NY 10038
    (212) 686-0666
    peter@qandelaw.com

    *Attorneys for Fabian Morrison*

cc:    AUSA Allison Nichols (via ECF)
        AUSA Drew Skinner (via ECF)
        AUSA Scotten Hagan (via ECF)