USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Fabian Morrison,

                Defendant.

---

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 3082. The Government is hereby ORDERED to respond to Defendant's motion for compassionate release by November 23, 2020. Defendant's reply is due by December 3, 2020.

    SO ORDERED.

Dated: November 13, 2020
       New York, New York

_____  For Judge Nathan
DENISE COTE
United States District Judge

_____
ALISON J. NATHAN
United States District Judge