LAW OFFICES OF

# ALLAN P. HABER, ESQ.
220 East 73rd Street, Apt. 1DD
New York, New York 10021

**OF COUNSEL**                                                                 **TELEPHONE:** 917-374-4666
STEPHANIE CARVLIN, ESQ.                                       **E-MAIL:** allan@haberesq.com
GEORGES G. LEDERMAN, ESQ.

**ASSOCIATE**
JACOB BARCLAY MITCHELL, ESQ.

December 10, 2020

Hon. Allison J. Nathan, U.S.D.J.
United States District Court, SDNY
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2102
New York, NY 10007

Re: United States v. Burrell, et al. (Fabian Morrison)
    Ind. No. 15-Cr.-00095

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

Dear Judge Nathan:                                                                              SO ORDERED.

    Please accept this letter as a formal motion to ask permission to be removed from the ECF notifications on the above captioned case. I have not represented Mr. Morrison since 2016 and am no longer on the CJA panel as I have retired.

*/s/ Allison J. Nathan*
12/10/2020

    Thank you for your consideration.

Respectfully,

_____s/s_____
Allan Haber, Esq.

APH: fms