UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Fabian Morrison,

          Defendant.

15-cr-95 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/21

ALISON J. NATHAN, District Judge:

    Pending before the Court is a motion for compassionate release. Dkt. No. 3082. The Government's opposition to the motion noted that Mr. Morrison's anticipated release date was July 30, 2021. Dkt. No. 3094 at 1. The Government is hereby ORDERED to file a letter by September 20, 2021, informing the Court as to whether Mr. Morrison has been released, which would moot the pending motion.

    SO ORDERED.

Dated: September 13, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge