UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/21
```

United States of America,

–v–

Fabian Morrison,

                Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court GRANTS Defendant's motion to seal Exhibit 2 to Dkt. No. 3082 because it contains sensitive information pursuant to Federal Rule of Criminal Procedure 49.1. *See* Dkt. No. 3129. The Court ORDERS Defendant to file a redacted version of the exhibit on or before September 27, 2021.

    This resolves Dkt. No. 3129.

    SO ORDERED.

Dated: September 14, 2021
       New York, New York

                                ALISON J. NATHAN
                             United States District Judge